[No. 63407-1-I.   Division One.   March 1, 2010.]

NICHOLAS ENSLEY, *Appellant*, v. STEPHAN MOLLMANN ET AL., *Defendants*, TIMOTHY LYLE JOHNSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-29484-1, Richard D. Eadie, J., entered December 10, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ. Now published at 155 Wn. App. 744.

[No. 63639-1-I.   Division One.   March 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK BLAIR WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11505-1, Barbara Mack, J., entered May 29, 2009. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Leach, J.

[No. 63659-6-I.   Division One.   March 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. R.A.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-00235-7, Ronald Kessler, J., entered May 15, 2009. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Dwyer and Leach, JJ.

[Nos. 37827-2-II; 38928-2-II.   Division Two.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID STEVEN SANCHEZ RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03836-7, Brian M. Tollefson, J., entered April 25, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.